FILED

AUG 2 0 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **ROBERT OWEN HINTON, PRO SE** | **REG.NO. 04546-033** |
| **PLAINTIFF/PETITIONER,** | |

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

5:08-1012

**VERSUS**

**CIVIL ACTION NO. T.B.A.**

*(Number to be assigned by Court)*

**FEDERAL BUREAU OF PRISONS, et al.,**
**TODD R. CRAIG, WARDEN**
**W.C. RAY, CASE MANAGER**

**1600 INDUSTRIAL ROAD**

**FCI BECKLEY**

**BEAVER, WV 25813**

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.   **Previous Lawsuits**

  A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes _____          No __X___

1

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.   Parties to this previous lawsuit:

       Plaintiffs:   **N/A**

       Defendants:   **N/A**

    2.   Court (if federal court, name the district; if state court, name the county);

       **N/A**

    3.   Docket Number:   **N/A**

    4.   Name of judge to whom case was assigned:

       **N/A**

    5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

       **N/A**

    6.   Approximate date of filing lawsuit:   **N/A**

    7.   Approximate date of disposition:   **N/A**

2

**II.     Place of Present Confinement:** FEDERAL CORRECTIONAL INSTITUTION-BECKLEY
~~BEAVER, WV 25813~~

A.     Is there a prisoner grievance procedure in this institution?

Yes **X**          No _____

B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure? **I AM A FEDERALLY INCARCERATED PRISONER**

Yes **N/A**          No **N/A**

C.     If you answer is YES:

1.   What steps did you take? **With all due respect, I thoroughly exhausted every Administrative Remedy Procedure available in the Bureau of Prisons.**

2.   What was the result? **All grievances were denied, i.e. BP-9, BP-10, and BP-11. See attached Memorandum of Law for extensive details regarding this matter.**

D.     If your answer is NO, explain why not: **N/A**

_____

**III.    Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.     Name of Plaintiff: **ROBERT OWEN HINTON #04546-033**

Address: **P.O. BOX 350, FCI BECKLEY, BEAVER, WV 25813**

B.     Additional Plaintiff(s) and Address(es): **N/A**

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: **TODD R. CRAIG**

is employed as: **WARDEN–FEDERAL CORRECTIONAL INSTITUTION–**

at **BECKLEY, BEAVER, WEST VIRGINIA 25813**

D.    Additional defendants: **W.C. RAY**

**CASEMANAGER–PINE UNIT A/L**

**FCI BECKLEY, BEAVER, WEST VIRGINIA 25813**

## IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff/Petitioner Robert Owen Hinton is a federal prisoner at FCI Beckley whose statutory and due process rights are being arbitrarily violated by the Bureau of Prisons by the blatant and capricious misinterpretation, misapplication and misperception of BOP Program Statement 5100.08, dated September 12, 2006, specifically outlining Inmate Designation and Custody Classification policy and procedure regarding the Bureau's inmate classification system. Plaintiff Hinton has

IV.   Statement of Claim (continued):

a sufficient liberty interest in confinement at a "Low" Se-

curity institution to trigger Due Process Cause protections

guaranteed by the U.S. Constitution. Defendants Craig and Ray

incorrect deliberate indifference and misinterpretation of the

aforementioned BOP Program Statement is an indisputable infrine-

ment upon Plaintiff's Ex Post Facto protections guranteed by

Article I, Section 9,Clause 1 and Article I, Section 10, Clause

1, of the U.S. Constitution. See attached Memorandum of Law.

V.   Relief

> State briefly exactly what you want the court to do for you.  Make no legal arguments.
> Cite no cases or statutes.

Issue an Injuction ORDERING defendants T.R. Craig, Warden and

W.C. Ray, Case manager, or their agents to: Immediately con-

duct and perform a meticulous examination of Plaintiff's BOP

Central File, Presentence Investigation Report and all other

pertinent documents that determine a federal prisoner's Inmate

Security Designation & Custody Classification "score" pursuant

to BOP Program Statement's 5880.30, dated July 16, 1993 and

the "new" 5100.08, effective date September 12, 2006. Immdi-

conduct a meticulous reexamination, reevaluation and assess-

**V.   Relief (continued)):**

ment of Plaintiff's Bureau of Prisons Central File & Presen-

tence Investigation Report REMOVING SIX PRIOR MISDEMEANOR  con-
victions and ONE PRIOR FELONY conviction from Hinton's Inmate
Security Designation and Custody Classification Form. All being
conducted in accordance with BOP Program Statements 5880.30

and 5100.08, respectively. Award Plaintiff Hinton $100,000.00
in "compensatory damages" and $50,000.00 in U.S. currency for

"punitive damages". Issue an injunction ORDERING all defendants
and the BOP to refrain from transferring Hinton during this civil

rights complain proceeding. Further, once the reevaluation of
Hinton's classification score is completed, transfer to FMC Lexington,
Kentucky. See attached Memorandum of Law for details.

**VII.  Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the
person's name:

        N/A

    B.    Have you made any effort to contact a private lawyer to determine if he or she
would represent you in this civil action? Do not have the funds to
retain private counsel.

        Yes _____        No _X___

    If so, state the name(s) and address(es) of each lawyer contacted:

        N/A

    If not, state your reasons: Do not have the necessary funds at

    this time to retain a private law firm in this matter.

    C.    Have you previously had a lawyer representing you in a civil action in this
court?

        Yes _____        No _X___

If so, state the lawyer's name and address:

_____

_____

Signed this ____**14TH**____ day of ____**AUGUST**_____, 20__**08.**__.

_____

_____

*Robert Owen Hinton*
_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**AUGUST 14, 2008**_____.
                    (Date)

*Robert Owen Hinton*
_____
Signature of Movant/Plaintiff

_____**ProSe**_____
Signature of Attorney
(if any)

7





QUALITY PARK® 9-1/2 x 12-1/2

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1280
BEAVER, WV 25813

DATE 8-16-08

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

LEGAL
DOCUMENTS